1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP T. RICKER, | ) Case No. CV 09-9417 JVS (JCG) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: _January 18, 2011__

_____
    HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1